IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 04-CR-481 |
| ANDREW ALEXANDER | | |

O R D E R

AND NOW, this 7th day of August, 2008, upon consideration of Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2)(Doc# 74) and the Government's response thereto, it is hereby **ORDERED** that said motion is **DISMISSED** as moot. Defendant is deceased as of July 25, 2008 per information supplied by the Bureau of Prisons.

BY THE COURT:

/s/ CYNTHIA M. RUFE, J.
_____
HON. CYNTHIA M. RUFE, J.